IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02165-MSK-MEH

LINDA ORRICK,

      Plaintiff,

v.

NRA GROUP, LLC, a Pennsylvania limited liability company,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2012.**

      The Stipulated Motion for Entry of Protective Order [filed October 24, 2012; docket #11] is **granted** and the proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.